Cyrus Sara
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Emile Jenkins

# UNITED STATES DISTRICT Court

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILE JENKINS, | Case No.: 2:18-cv-01463-JAD-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Lisa Anderson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from January 3, 2019 to February 6, 2019, for Plaintiff to send her Motion for Remand/Reversal with all

other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: January 3, 2019 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Emile Jenkins

DATE: January 3, 2019 DAYLE ELIESON
United States Attorney


/s/ Marcelo N. Illarmo
BY: _____

Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: January 4, 2019

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE