AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Emile Jenkins, II,

               Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

               Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-01463-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's attorney, the Law Offices of Lawrence D. Rohlfing, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $8,500.00.

| | |
|---|---|
| 3/28/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |